United States District Court
For the Northern District of California

**\*E-FILED ON 9/14/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARNELL FARMEARL, | No. C04-02644 RMW (HRL) |
| Plaintiff, | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| STOROPACK, INC., | **[Re: Docket No. 62]** |
| Defendant. | |

On September 9, 2005, this court set plaintiff's "Motion to Compel Discovery, or For Sanctions" for hearing on September 27, 2005. The parties now request that the hearing be continued to October 4, 2005, with the opposition and reply briefs due on September 20, 2005 and September 23, 2005, respectively. Having considered the papers, IT IS ORDERED THAT:

1. Defendant shall file its opposition to plaintiff's "Motion to Compel Discovery, or For Sanctions" **no later than September 20, 2005**.

2. Plaintiff's reply shall be filed **no later than September 27, 2005**.

3. This court will hear plaintiff's "Motion to Compel Discovery, or For Sanctions" on **October 11, 2005, 10:00 a.m. in Courtroom 2**.

Dated: September 14, 2005

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:04-cv-2644 Notice will be electronically mailed to:

Thomas P. Brown , IV    tbrown@ebglaw.com

Richard D. Schramm    rschramm@workplaceattys.com

Andrew J. Sommer    Asommer@ebglaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2