1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

DARNELL FARMEARL,

Plaintiffs,

v.

STOROPACK, INC.,

Defendants.

**\*E-FILED - 12/23/05\***

CASE NO.: C-04-02644-RMW

**ORDER OF DISMISSAL**

16

17

18

19

20

The Court having been advised on October 28, 2005, that this case has been settled and no party

having advised that the settlement has fallen through,

It is hereby ordered that this case is dismissed with prejudice.

The Clerk may close the file.

21

22

DATED: <u>December 23, 2005</u>

23

24

25

    <u>*/s/ Ronald M. Whyte*</u>

RONALD M. WHYTE

UNITED STATES DISTRICT JUDGE

26

27

28

ORDER OF DISMISSAL
Case No. C-04-02644-RMW

1

2    Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DISMISSAL
Case No. C-04-02644-RMW